E-FILED
Monday, 18 September, 2006 04:53:57 PM
Clerk, U.S. District Court, ILCD

# FINANCIAL AFFIDAVIT

CJA 23
(Rev. 5/98)

## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |
|---|---|---|---|---|

IN THE CASE OF

_____ VS. _____

FOR

AT

**LOCATION NUMBER**

PERSON REPRESENTED (Show your full name)

TERENCE E. MERRITT

**FILED**

SEP 18 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

CHARGE/OFFENSE (describe if applicable & check box → )

| | |
|---|---|
| 1 ☐ Defendant – Adult | |
| 2 ☐ Defendant – Juvenile | |
| 3 ☐ Appellant | |
| 4 ☐ Probation Violator | |
| 5 ☐ Parole Violator | |
| 6 ☐ Habeas Petitioner | |
| 7 ☐ 2255 Petitioner | |
| 8 ☐ Material Witness | |
| 9 ☐ Other (Specify) _____ | |

**DOCKET NUMBERS**

Magistrate
06-7227

District Court

Court of Appeals

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOY-MENT**

Are you now employed? ☐ Yes  ☒ No  ☐ Am Self Employed

Name and address of employer: _____

IF YES, how much do you earn per month? $ _____

IF NO, give month and year of last employment  9/06
How much did you earn per month? $ 820.00

If married is your Spouse employed?  ☐ Yes  ☐ No

IF YES, how much does your Spouse earn per month? $ _____

If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes  ☒ No

| | RECEIVED | SOURCES |
|---|---|---|
| IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY $ THE SOURCES | | |

**CASH**

Have you any cash on hand or money in savings or checking account ☒ Yes  ☐ No  IF YES, state total amount $ 129.29

**PROP-ERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes  ☒ No

| | VALUE | DESCRIPTION |
|---|---|---|
| IF YES, GIVE THE VALUE AND $ DESCRIBE IT | | |

**OBLIGATIONS & DEBTS**

**DEPENDENTS**

MARITAL STATUS
☒ SINGLE
☐ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED

Total No. of Dependents  1

List persons you actually support and your relationship to them
S___ M___, daughter
7 weeks

**DEBTS & MONTHLY BILLS**

(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: Creditors | Total Debt | Monthly Payt. |
|---|---|---|
| rent | $ | $ 850.00 |
| utilities | $ | $ 200.00 |
| probation fee and costs | $ 1500.00 | $ 80.00 |
| loan payment | $ 221.00 | $ 55.00 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) _____ 9/18/06

SIGNATURE OF DEFENDANT
(OR PERSON REPRESENTED) ▶  s/Terence E. Merritt