E-FILED
Monday, 25 September, 2006  01:32:18 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

**V.**                                                    **WARRANT FOR ARREST**

TERENCE E. MERRITT

Case Number: 06- M - 7227

**FILED**

SEP 25 2006

JOHN M. WATERS, Clerk
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

RECEIVED 2006 SEP 19 P 4:40

To:    The United States Marshal
       and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  TERENCE MERRITT

Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

kidnapping, in violation of Title 18, United States Code, Section 1201 and 2

Michael P. McCuskey
Name of Issuing Officer

s/Michael P. McCuskey  at September 16, 2006
Signature of Issuing Officer

UNITED STATES DISTRICT JUDGE
Title of Issuing Officer

, Champaign , Illinois
Date and Location

BAIL FIXED AT $  None          by  s/Michael P. McCuskey    At 4:28 pm
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _Indiana_ |

| Date Received 09/19/06 | Name of Arresting Officer  FBI | Signature of Arresting Officer |
| Date of Arrest 09/15/06 | Title of Arresting Officer  S/A's | |