E-FILED
Thursday, 05 October, 2006  10:51:17 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANCISCO ANTONIO VILLALOBOS,<br>a/k/a Adrian Lopez, and<br>TERENCE E. MERRITT,<br><br>Defendants. | Case No. 06-20067<br><br>Violations: 18 U.S.C. §§ 1201 and<br>924(c) |

## INDICTMENT

THE GRAND JURY CHARGES:

### Count One
### (Kidnaping)

Beginning on or about September 10, 2006 and continuing to on or about September 15, 2006, at Champaign, in the Central District of Illinois, and elsewhere,

**FRANCISCO ANTONIO VILLALOBOS, a/k/a Adrian Lopez, and
TERENCE E. MERRITT,**

defendants herein, did knowingly and unlawfully seize, confine, kidnap, abduct, carry away and hold for ransom, reward, and otherwise, Antonio Aguas-Navarro, and in so doing did wilfully transport Antonio Aguas-Navarro in interstate commerce from the State of Illinois to the State of Indiana;

In violation of Title 18, United States Code, Section 1201.

## Count Two
### (Using and Carrying a Firearm During a Crime of Violence)

Beginning on or about September 10, 2006 and continuing to on or about September 15, 2006, at Champaign, in the Central District of Illinois, and elsewhere,

**FRANCISCO ANTONIO VILLALOBOS, a/k/a Adrian Lopez, and
TERENCE E. MERRITT,**

defendants herein, did knowingly use and carry firearms, during and in relation to a crime of violence which may be prosecuted in a court of the United States, that is, the kidnaping charged in Count One of this Indictment;

In violation of Title 18, United States Code, Sections 924(c) and 2.

A TRUE BILL,

s/Foreperson
_____
FOREPERSON

s/Greg Harris       for
_____
RODGER A. HEATON
UNITED STATES ATTORNEY

RNC

2