**E-FILED**
Tuesday, 21 November, 2006  02:02:56 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | |
| v. | No.: 06-20067 |
| TERENCE E. MERRITT, | |
| Defendant | |

### MOTION TO CONTINUE PRETRIAL CONFERENCE AND TRIAL DATES AND TO EXTEND THE RULE 12.1 MOTION FILING DEADLINE

NOW COMES the Defendant, TERENCE E. MERRITT, by and through his attorneys, Richard H. Parsons and John Taylor of the Federal Public Defender's Office of the Central District of Illinois, and pursuant to Title 18 U.S.C. Section 3161(h)(8), moves this Court for the entry of an Order extending the Rule 12.1 motion filing deadline, and continuing the pretrial conference date, presently scheduled for November 28, 2006, and the trial date, presently scheduled for December 11, 2006, and in support thereof, states as follows:

1. The Office of the Federal Public Defender was appointed to represent TERENCE E. MERRITT by United States Magistrate Judge David G. Bernthal on or about September 18, 2006.

2. This is Mr. Merritt's FIRST request for a continuance of his pretrial conference and trial dates.

1

3. Defense counsel needs more time to review the case and discuss this matter with Mr. Merritt so that he can make an informed decision regarding his right to trial.

4. Thus, in order to protect the defendant's Fifth and Sixth Amendment rights to effective assistance of counsel, due process of law, and a fair trial, the ends of justice will be best served by extending the Rule 12.1 motion filing deadline and continuing the pretrial conference and the jury trial to future dates.

WHEREFORE, Defendant respectfully requests the entry of an Order extending the Rule 12.1 motion filing deadline and continuing the pretrial conference and jury trial dates in this cause.

Respectfully Submitted,

TERENCE E. MERRITT, Defendant

RICHARD H. PARSONS
Federal Public Defender

BY: s/John Taylor
_____
JOHN TAYLOR
Assistant Federal Public Defender
300 West Main Street
Urbana, Illinois 61801
Telephone: (217) 373-0666
Facsimile: (217) 373-0667
Email: John_Taylor@fd.org

## *CERTIFICATE OF SERVICE*

I hereby certify that on November 21, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Assistant United States Attorney Richard N. Cox.

                                                    s/John Taylor
                                                    _____
                                                    JOHN TAYLOR
                                                   Assistant Federal Public Defender
                                                   300 West Main Street
                                                   Urbana, Illinois 61801
                                                   Telephone: (217) 373-0666
                                                   Facsimile: (217) 373-0667
                                                   Email: John_Taylor@fd.org

I:\Clients - Open Files\Merritt, Terence\Motion To Continue.wpd