**E-FILED**
Thursday, 29 March, 2007  11:16:30 AM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 06-20067 |
| | ) | |
| FRANCISCO ANTONIO VILLALOBOS, | ) | |
| a/k/a Adrian Lopez, and | ) | |
| TERENCE E. MERRITT, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF VICTIM'S WISH TO ADDRESS COURT AT SENTENCING

The United States of America, by Rodger A. Heaton, United States Attorney for

the Central District of Illinois, and Richard N. Cox, Assistant United States Attorney,

hereby notifies the Court that pursuant to 18 U.S.C. § 3771(a)(4) a victim in this case,

Ramiro Aguas, wishes to address the Court at the sentencing hearing on March 30,

2007.

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY

s/ RICHARD N. COX
RICHARD N. COX, Bar No. IL 0532258
Assistant United States Attorney
United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
217/373-5875
FAX: 217-373-5891
richard.cox@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

John Taylor                                             James B. Kuehl
Assistant Federal Public Defender          Attorney at Law
300 West Main Street                             301 West Green St.
Urbana, IL 61801                                    Urbana, IL 61801


s/ RICHARD N. COX
RICHARD N. COX, Bar No. IL 0532258
Assistant United States Attorney
United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
217/373-5875
FAX: 217-373-5891
richard.cox@usdoj.gov