**E-FILED**
Monday, 23 April, 2007  03:33:08 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 06-20067 |
| | ) | |
| FRANCISCO ANTONIO VILLALOBOS, | ) | |
| a/k/a Adrian Lopez, and | ) | |
| TERENCE E. MERRITT, | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO CONTINUE FURTHER SENTENCING HEARING**

The United States of America, by Rodger A. Heaton, United States Attorney for

the Central District of Illinois, and Richard N. Cox, Assistant United States Attorney,

respectfully moves this Court to continue the sentencing hearing scheduled for May 2,

2007.  In support, the United States submits the following:

1.  On March 30, 2007, both of the defendants in this case were sentenced by this

Court to substantial terms of imprisonment.  At the time of original sentencing, this

Court was unable to impose a restitution amount due to the lack of sufficient and

specific information from the victim of the crime.  Consequently, the government and

the Probation Office requested that this Court schedule a further sentencing hearing to

resolve the restitution issue pursuant to 18 U.S.C. § 3664(d)(5).  This Court scheduled

the further sentencing for May 2, 2007.

2.  To date, the Probation Office has not received the required information from

the victim.  Due to other responsibilities, even if the information is forthcoming later

this week, the Probation Office will not have sufficient time to provide the necessary

information to this Court.  Consequently, the government requests that this Court

continue the further sentencing hearing for two additional weeks.  If the victim does not

submit the required information in a timely manner, the government will ask this Court

to not impose a restitution order.

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY

s/ RICHARD N. COX
RICHARD N. COX, Bar No. IL 0532258
Assistant United States Attorney
United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
217/373-5875
FAX: 217-373-5891
richard.cox@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 23, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

John Taylor                                                  James B. Kuehl
Assistant Federal Public Defender            Attorney at Law
300 West Main Street                              301 West Green St.
Urbana, IL 61801                                     Urbana, IL 61801


s/ RICHARD N. COX
RICHARD N. COX, Bar No. IL 0532258
Assistant United States Attorney
United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
217/373-5875
FAX: 217-373-5891
richard.cox@usdoj.gov