

**U.S. Department of Justice**

Federal Bureau of Prisons

*Federal Correctional Institution*

100 U.S. Route 40 & 4th Street
P.O. Box 4000
Greenville, IL 62246

June 27, 2007

Honorable Michael P. McCuskey
Chief United States District Judge
Central District of Illinois
309 Federal Building, 100 N.E. Monroe Street
Peoria, IL  61601

**FILED
JUL 10 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL**

RE:  MERRITT, Terence E.
     Reg. No.:  14688-026
     Case No.: 06-20067-002

Dear Judge McCuskey:

   Thank you for your recommendation contained in the AO-245, Judgment in a Criminal Case, regarding Mr. Merritt, dated May 2, 2007. You recommended Mr. Merritt participate in the Bureau of Prisons' 500-hour Comprehensive Residential Drug Abuse Treatment Program.

   Mr. Merritt arrived at FCI, Greenville, Illinois, on May 25, 2007. During his initial classification, the unit team advised Mr. Merritt that he would be required to participate in our Drug Education Program. The unit team also discussed your recommendation for more intensive drug treatment. However, this type of program is not currently offered at FCI, Greenville. Mr. Merritt was advised that participation in a Residential Drug Abuse Program (RDAP) is voluntary, and he was strongly encouraged to submit a written request to apply for enrollment in a RDAP. Once his written request has been received, drug treatment staff will review his case to determine if he meets the criteria for admission to a Residential Drug Abuse Program. If Mr. Merritt meets the admission criteria, the unit team will coordinate a transfer to a facility that offers the program. Additionally, the unit team advised Mr. Merritt of the educational and vocational programs offered at Greenville. They will continually monitor his involvement in all activities.

   I trust these actions will be considered responsive to your recommendations. Please do not hesitate to contact me if you have any additional questions or concerns.

Sincerely,

W.A. Sherrod
Warden