rec'd
rev'd
Sem
12/19/19

Dear Judge

While I came to visit my husband Willie Hatley while being incarcerated in F.C.I. Coalville I met Mr. Terrence Morritt who I grew to like and respect as a person. He was always kind and friendly towards me. He was the Porter who passed out the toys to the inmates kids visitors and he was always kind and thoughtful towards everyone. He deserve's a second chance.

Sheila McCoy

Sheila McCoy
15426 Forte De France
St Louis, Mo. 63034

SAINT LOUIS MO 630
17 DEC 2019 PM 2L



Judge Sue E. Myerscough
U.S. Courthouse
600 E. Monroe St. Rm 3
Springfield, IL 62701

62701-165942