received 12/19/19

Your Honor,

This is in regards to Mr. Terence E. Merritt 14688-026. This young man I'd had the pleasure of meeting during my own personal incarceration. While serving time in the BOP, Mr. Merritt has accomplished a lot for himself since being incarcerated and he has impacted the lives of countless men as a tutor in the Education Dept. in Greenville F.C.I. I believe he would better serve his community in a positive way, if had the opportunity.

Zillie Hatley

Mr. Willie Hatley
5210 Plover
St. Louis, Mo. 63120

SAINT LOUIS MO 630
17 DEC 2018 PM 5 L




Judge Sue E. Myerscough
U.S. Courthouse
600 E. Monroe St. Rm 3
Springfield, IL 62701

62701-162699