UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 06-CR-20067-SEM-TSH |
| TERENCE E. MERRITT, | ) |
| Defendant. | ) |

**MOTION REQUESTING REDACTION OF OFFICIAL TRANSCRIPT**

Defendant Terence Merritt, through his attorney, Assistant Federal Public Defender Rosana E. Brown, moves this Honorable Court for an Order granting the below requested redactions of the official transcript of sentencing proceedings. In support, he states as follows:

1.  An official transcript of sentencing proceedings as to Mr. Merritt was filed on January 29, 2020. Counsel files this Motion within 21 days of the date of filing of the transcript.

2.  The transcript contains information concerning cooperation efforts with the government on Mr. Merritt's part that should not be made publicly available.

3. Mr. Merritt, therefore, requests redaction of the following pages and line numbers:

    a. Page 3, lines 24-25;

    b. Page 4, lines 1-15;

    c. Page 5, line 1;

    d. Page 49, lines 6-18;

    e. Page 68, lines 7-10;

    f. Page 71, lines 8-10; and

    g. Page 76, lines 20-24.

WHEREFORE, Mr. Merritt asks this Court to grant this Motion and redact the above-listed lines from the sentencing transcript, so that the information regarding Mr. Merritt's cooperation with the government may be kept from the public record.

Date: January 31, 2020        Respectfully submitted,

TERENCE MERRITT, Defendant

By: s/ *Rosana E. Brown*
Rosana E. Brown
Assistant Federal Public Defender
Office of the Federal Public Defender
600 E. Adams, 3rd Floor
Springfield, Illinois 62701
Telephone: (217) 492-5070
Fax: (217) 492-5077
E-mail: rosie_brown@fd.org

## CERTIFICATE OF SERVICE

    I hereby certify that on January 31, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Assistant United States Attorney Eugene Miller.  I also certify I have mailed the foregoing document by First Class Mail within three calendar days to the non-CM/ECF participant: Mr. Terence Merritt.

<u>By: s/</u> *Rosana E. Brown*
Rosana E. Brown
Assistant Federal Public Defender
Office of the Federal Public Defender
600 E. Adams, 3rd Floor
Springfield, Illinois 62701
Telephone: (217) 492-5070
Fax: (217) 492-5077
E-mail: rosie_brown@fd.org